IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

     v.        No. 2:07cr20034

STANFORD RAY MILSON, II                                 DEFENDANT

ORDER

Currently before the court is Defendant's *pro se* motion (doc. 23) seeking reconsideration or clarification of the Court's order denying Defendant's motion to reduce his sentence (doc. 22). The Court, being well and sufficiently advised, DENIES Defendant's Motion for Reconsideration, and GRANTS his Motion to Clarify.

The Court's Order of February 24, 2012 (doc. 22), denied Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 750 (doc. 19) as Defendant's guideline range was determined based upon his Career Offender status under U.S.S.G. § 4B1.1 and not on the quantity of crack cocaine. Accordingly, any reduction in his offense level based on the drug amount would not affect Defendant's guideline range.

IT IS SO ORDERED this 25th day of July 2012.

                                           /s/ Robert T. Dawson
                                           Honorable Robert T. Dawson
                                           United States District Judge